IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| OLAJUWON FOY, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:13-CV-52 (HL) |
| : | |
| : | |
| MARTY ALLEN, et al, : | |
| : | |
| Defendants : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 24) filed January 14, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 3rd day of February, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge
United States District Court