IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **OLAJUWON FOY**,<br><br>    Plaintiff,<br><br>v.<br><br>**MARTY ALLEN, TONJA WILLIAMS, and JAMES FOSTER,**<br><br>    Defendants. | Civil Action No. 7:13-CV-52 (HL) |

### ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 32), entered on April 15, 2014. Judge Langstaff recommends dismissing the pending case based on Plaintiff's failure to diligently prosecute this action. Plaintiff has not filed any objections to the Recommendation. The Court reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. This case is dismissed.

**SO ORDERED**, this 7th day of May, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks